BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JOSHUA J. LEE (Cal. Bar No. 318332)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3183
     Facsimile: (213) 894-0142
     Email:    Joshua.Lee2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ-03653 |
|---|---|
| Plaintiff, | STIPULATION RE: POST-INDICTMENT ARRAIGNMENT |
| v. | |
| EDWIN OSVALDO MANRIQUEZ, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Joshua J. Lee, and defendant EDWIN OSVALDO MANRIQUEZ ("defendant"), both individually and by and through his counsel of record, Drew Havens, hereby stipulate as follows:

1.  On or about June 13, 2025, defendant was arrested for violating 18 U.S.C. § 111 (Assault on a Federal Officer).  The Speedy Trial Act of 1974, 18 U.S.C. § 3161(b), originally required that an

1 information or indictment be filed on or before July 14, 2025.
2 Defendant has waived preliminary hearing.
3    2.   By this stipulation, the parties jointly move to continue
4 the post-indictment/information arraignment to July 25, 2025 at 11:30
5 a.m.
6    3.   The parties agree and stipulate, and request that the Court
7 find that the ends of justice outweigh the interest of the public and
8 defendant in the filing of an information or indictment within the
9 original date prescribed by the Speedy Trial Act because defense
10 counsel is seeking additional time to conduct pre-indictment
11 investigation and legal research, review initial discovery, confer
12 with his client regarding this matter, and to potentially resolve
13 this matter pre-indictment.
14    4.   Based on the foregoing, the parties request that the Court
15 find that for the purpose of computing time under the Speedy Trial
16 Act, 18 U.S.C. § 3161(b), within which an information or indictment
17 must be filed, the time period of July 14, 2025 to July 25, 2025, is
18 deemed excludable pursuant to 18 U.S.C. § 3161(h) because the ends of
19 justice served by granting a continuance outweigh the best interest
20 of the public and defendant in a filing of an information or
21 indictment within the period specified in Section 3161(b).
22 //
23 //

5. The parties agree and stipulate and request that the Court find that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an information or indictment must be filed.

Dated: June 26, 2025         Respectfully submitted,

                             BILAL A. ESSAYLI
                             United States Attorney

                             CHRISTINA SHAY
                             Assistant United States Attorney
                             Chief, Criminal Division


                             _____/s/_____
                             JOSHUA J. LEE
                             Assistant United States Attorney

                             Attorneys for Plaintiff
                             UNITED STATES OF AMERICA


Dated: June 26, 2026         /s/ Drew Havens (with permission)
                             DREW HAVENS
                             Attorney for Defendant
                             EDWIN OSVALDO MANRIQUEZ


*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3