FILED

2025 JUN 26  AM 9:33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MRV

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America )
v. )
EDWIN OSVALDO MANRIQUEZ ) Case No. 2:25-MJ-03653-DUTY
)
Defendant )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 06/25/2025

*Edwin Manriquez*
Defendant's signature

*Drew Havens*
Signature of defendant's attorney

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_____
Signature of Interpreter

CR-110 (06/12)                        Waiver of a Preliminary Hearing